UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DENNIS FLORER,

    Plaintiff,

v.

WILLIAM PECK, *et al.*,

    Defendants.

NO. CV-05-5039-EFS

**ORDER GRANTING IN PART AND DENYING AS MOOT IN PART PLAINTIFF'S MOTION TO DISMISS 47, 58, 67, 35, 28, AND 43 MOTIONS THAT ARE PENDING AND DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

BEFORE THE COURT, without oral argument, are several motions filed by Plaintiff Dennis Florer. Mr. Florer is proceeding in this matter *pro se*. While all Defendants are represented by Assistant Washington State Attorney General Stephanie Weigand. After reviewing all materials related to Plaintiff's motions and requests, the Court is fully informed and makes the following rulings:

**I. Motion to Dismiss 47, 58, 67, 35, 28, AND 43 Motions that are Pending**

On November 23, 2005, Plaintiff moved the Court to dismiss several previously filed motions relating to Defendant Cheryl Johnson. (Ct. Rec. 86.) However, prior to the Court receiving a copy of Defendant's motion, several of Plaintiff's motions related to Ms. Johnson were ruled on (Ct. Rec. 83). Thus, Defendant's instant motion is denied as moot in part with regards to those motions already ruled on. Yet, because Plaintiff's

ORDER ~ 1

Motion for Entry of Default as to Cheryl Johnson (Ct. Rec. 67) has not been ruled on, the Court grants Plaintiff's instant motion to the extent it requests the motion filed as Court Record 67 be stricken.

**II. Plaintiff's Request for Entry of Default Against Sherry Hartford**

On September 22, 2005, Plaintiff requested the Court to enter default against Defendant Sherry Hartford "for failure to answer or otherwise responde (sic) as provided by the Fed. R. Civ. P." (Ct. Rec. 75.) Because Mr. Hartford filed a formal answer to Plaintiff's Amended Complaint on August 29, 2005, (Ct. Rec. 26), the Court denies Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss 47, 58, 67, 35, 28, and 43 Motions That Are Pending **(Ct. Rec. 86)** is **GRANTED IN PART** (striking Ct. Rec. 67) and **DENIED AS MOOT IN PART** (Ct. Recs. 28, 35, 43, 47, and 58);

2. Plaintiff's Request for Entry of Default Against Cheryl Johnson **(Ct. Rec. 67)** is **STRICKEN;**

3. Plaintiff's Request for Entry of Default Against Sherry Hartford **(Ct. Rec. 75)** is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide a copy to defense counsel and to Plaintiff.

**DATED** this   2nd    day of December, 2005.

                                    S/ Edward F. Shea
                                    EDWARD F. SHEA
                              United States District Judge

Q:\Civil\2005\5039.striking.motion.wpd

ORDER ~ 2