UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DENNIS FLORER,

            Plaintiff,

    v.

WILLIAM PECK, *et al.*,

            Defendants.

NO. CV-05-5039-EFS

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION FOR TYPEWRITER ACCESS**

Before the Court, without oral argument, is Plaintiff's Motion for Reconsideration for Typewriter Access. (Ct. Rec. 467.) After reviewing the submitted materials and relevant authority, the Court is fully informed and denies Plaintiff's motion for reconsideration. The reasons for the Court's Order are set forth below.

Plaintiff, for a third time, asks the Court to reconsider the typewriter access restrictions it set forth in the September 6, 2007, Order. (Ct. Rec. 455.)

A motion for reconsideration is "appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is

ORDER ~ 1

an intervening change in controlling law." *Sch. Dist. No. 1J v. AC&S, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "[A] motion for reconsideration should not be granted, absent highly unusual circumstances." *389 Orange St. Partners v. Arnold,* 179 F.3d 656, 665 (9th Cir. 1999). A motion for reconsideration may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation. *Id.; Kona Enters., Inc. v. Estate of Bishop,* 229 F.3d 877, 890 (9th Cir. 2000).

Plaintiff's request is based on "newly discovered medical evidence" from Dr. Clifford J. Johnson, an osteopathic physician at Clallam Bay Correction Center. Dr. Johnson reported, in response to a Health Services Kite from Plaintiff, that Plaintiff's hand is slow healing because "the soft tissues were damaged when the bone was broken." (Ct. Rec. 467 at 7.) Dr. Johnson's response is not newly discovered medical evidence; rather, it explains why Plaintiff still experiences pain from an inmate altercation in June. Because the Court also finds no clear error or intervening change in controlling law, Plaintiff's motion for reconsideration is denied.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Reconsideration for Typewriter Access **(Ct. Rec. 467)** is **DENIED.**

2. Plaintiff shall not file any further motions without this Court's permission unless the motion is explicitly authorized in a previous scheduling order.

\\

\\

ORDER ~ 2

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter
2  this Order and provide a copy to defense counsel and to Plaintiff.
3      **DATED** this ___26th___ day of October 2007.

                                S/ Edward F. Shea
                                EDWARD F. SHEA
                            United States District Judge

Q:\Civil\2005\5039.Reconsideration.wpd

ORDER ~ 3