UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| DENNIS FLORER,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DIANE BENFIELD,<br><br>　　　　　Defendant. | NO. CV-05-5039-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW** |
|---|---|

　　A jury trial involving Plaintiff Dennis Florer's alleged constitutional violations against Defendant Diane Benfield commenced on September 8, 2008, in Richland. After Plaintiff rested on September 10, 2008, Defendant moved under Federal Rule of Civil Procedure 50 for judgment as a matter of law, arguing no reasonable jury could find for Plaintiff on his alleged First and Eighth Amendment violations. This Order serves to memorialize the Court's oral ruling granting Defendant's motion.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. For the reasons articulated on the record, Defendant's oral motion for judgment as a matter of law is **GRANTED**.

　　2. Judgment shall be entered in Defendant's favor **with prejudice**.

　　3. This file shall be closed.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel and Plaintiff.
3      **DATED** this ____11th____ day of September 2008.
4
5                              S/ Edward F. Shea
                                EDWARD F. SHEA
6                        United States District Judge
7  Q:\Civil\2005\5039.Rulings.wpd

ORDER * 2