# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DENNIS FLORER,
        Plaintiff,

v.

JUDGMENT IN A CIVIL CASE

DIANE BENFIELD,
        Defendant.

CASE NUMBER: CV-05-5039-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant with prejudice pursuant to the Order Granting Defendant's Motion for Judgment as a Matter of Law filed on September 11, 2008, Ct. Rec. 615.

September 11, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas